McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $7,500.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:19-cv-00738-TLN-CKD<br><br>**ORDER** |

The United States of America ("Government") filed the above-entitled forfeiture *in rem* action, seeking entry of a default judgement against potential claimants and the entry of a final judgment to forfeit to the Government "Approximately $7,500.00 in U.S. Currency" ("defendant currency") under 21 U.S.C. § 881(a)(6). The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

Currently before the Court is the Government's *ex parte* Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). (ECF No. 12.) There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the Government's motion.[1]

---

[1] The Court notes the Government properly served notice on potential claimants Kurtis Miller, Jr., and Kurtis Miller, Sr. and provided notice of the action to any other potential claimants via publication, in compliance with Supplemental Rule G(4)(b) (formerly known as the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions). On September 4, 2019, the Clerk entered default as to Kurtis Miller, Jr., and Kurtis Miller, Sr. (ECF No. 11.)

1

On November 20, 2019, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) No objections to the Findings and Recommendations have been filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 20, 2019 (ECF No. 13), are adopted in full;

2. The Government's Motion for Default Judgment (ECF No. 12) is GRANTED;

3. A judgment by default is hereby entered against any right, title, or interest of all potential claimants, including Kurtis Miller, Jr. and Kurtis Miller, Sr., in the defendant currency referenced in the above caption;

4. A Final Judgment of Forfeiture is hereby entered pursuant to 21 U.S.C. § 881(a)(6), forfeiting all right, title, and interest in the defendant currency to the Government to be disposed of according to law; and

5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: December 2, 2019

Troy L. Nunley
United States District Judge